## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

IN RE: BRAD E. KOUNTZ             CASE NO. 23-10855
                                                                               CHAPTER 7

### MOTION FOR RELIEF FROM AUTOMATIC STAY

The motion of SERVICE MAC, LLC AS SERVICER FOR MOVEMENT MORTGAGE, LLC ("Mover"), a secured creditor, respectfully represents:

1.

The Debtor in the above entitled and numbered case filed a voluntary petition for relief under the provisions of Chapter 7 of the United States Bankruptcy Code on December 12, 2023.

2.

This Honorable Court has jurisdiction over this matter pursuant to the provisions of *inter alia* 11 U.S.C. 362 and 28 U.S.C. 157 and 1334.

3.

Mover is the entity entitled to enforce a note in the original principal amount of $232,707.00, dated October 8, 2021, executed by Brad Eugene Kountz and secured by a mortgage, executed by Brad Eugene Kountz and Brittany Kountz, recorded at Instrument No. 1018530, Book 3132, Page 39, in the records of Livingston Parish, Louisiana, affecting the following described property located in Albany, Louisiana:

> THAT CERTAIN LOT OR PORTION OF GROUND, together with all of the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances, and advantages thereunto belonging or in anywise appertaining, situated in Section 23, Township 6 South, Range 6 East, Parish of Livingston, State of Louisiana, in that subdivision known as, MEADOW CIRCLE, PHASE II, and being more particularly described and designated as follows, to wit:
>
> TRACT "A", MEADOW CIRCLE SUBDIVISION, PHASE II, all in accordance with the official subdivision map, prepared by Louis Lyles Budden, Professional Land Surveyor, dated May 1, 2001, and recorded at Plat Book 44, Page 344, under File No. 472283, and further in accordance with a survey, prepared by John D. Adams, R.P.L.S., dated November 28, 2005, and recorded at Plat Book 54, Page 352, under File No. 594341, all of the official records of Livingston Parish, Louisiana. Said subdivision and said lot having such measurements and dimensions and being subject to such restrictions and servitudes as shown on the official subdivision map and above referenced survey.

bearing the municipal address of 30512 Brent Alan St, Albany, LA 70711.

5.

The Debtor is in default on the obligations under the Note and Mortgage to Mover. The Debtor is delinquent for the months of January 01, 2024 through date on the direct monthly mortgage payments of $1,558.10 each, for a total amount of $4,674.30.

6.

The estimated payoff of the subject loan as of March 12, 2024 is $225,296.62, not including attorney's fees and costs associated with this motion.

7.

The value of the property as reflected by the Debtor Schedules, and to which Creditor stipulates for purposes of this motion only, is approximately $265,000.00. After the debtor's homestead exemption and the costs associated with the selling of said property, there is no equity in the property for the benefit of unsecured creditors.

8.

There is no equity in the property. Mover is not adequately protected. The property is not necessary for an effective reorganization. Thus, this Court should terminate the automatic stay pursuant to 11 U.S.C. § 362(d)(1) and (d)(2).

9.

For the foregoing reasons, Mover requests that the automatic stay in this case be lifted insofar as the property described in Paragraph (3) hereof is affected thereby.

WHEREFORE, MOVER PRAYS that after all delays have elapsed and proceedings are had, this Honorable Court enter an order terminating the automatic stay provided for by 11 U.S.C. 362(a) as to the estate of the Debtor so to allow Mover to enforce any and all rights it has in respect to the property described in Paragraph (3) herein via state court foreclosure proceedings or otherwise.

DEAN MORRIS, L.L.C.
1820 Avenue of America
P. O. Box 15270
Monroe, LA  71207-5270
(318) 388-1440

/S/ Ashley E. Morris
ATTORNEY FOR CREDITOR